No. 88–5914.   IN RE WILLIAMS.   Appeal from C. A. 1st Cir. dismissed for want of jurisdiction.   Treating the papers whereon

the appeal was taken as a petition for writ of certiorari, certiorari denied.